THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

IN RE: )  In Proceedings for a
) Reorganization under
PITTSBURGH CORNING CORPORATION, ) Chapter 11
)
) Case No. 00-22876-JKF
Debtor. )
) Related to Doc. Nos. 7733,
7768, 7770 & 7777
Doc. No.

## SUPPLEMENT TO THIRD AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR CONFIRMATION HEARING ON JUNE 3, 4, 9 & 10, 2010 AT 9:00 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD

All items set forth in the Third Amended Notice of Agenda of Matters Scheduled for Confirmation Hearing on June 3, 4, 9 and 10, 2010 at 9:00 A.M. Before The Honorable Judith K. Fitzgerald are the same except for the following addition (shown in underlined text below):

## II. MISCELLANEOUS MOTIONS

## VOLUME 23

12. Century Indemnity Company's Deposition Designations for the Confirmation Hearing for the Modified Third Amended Plan of Reorganization (Filed June 1, 2010) (Doc. No. 7760)

    (a) <u>Mt. McKinley Insurance Company's and Everest Reinsurance Company's Objections to Century Indemnity Company's Deposition Designations for the Confirmation Hearing for the Modified Third Amended Plan of Reorganization (Filed June 3, 2010) (Doc. No. 7779)</u>

    Status: This matter will be heard at the June 3, 2010 Confirmation Hearing.

Dated: June 4, 2010

/s/ *Andrew J. Muha*
Andrew J. Muha, Esq. (PA ID 87788)

Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Suite 1200
Pittsburgh PA 15222
(412) 288-7132
amuha@reedsmith.com
Counsel for Debtor