THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | In Proceedings for a Reorganization under Chapter 11 |
| PITTSBURGH CORNING CORPORATION, | |
| | Case No. 00-22876-JKF |
| Debtor. | |
| | Related to Doc. Nos. 7733, 7768, 7770, 7777 & 7783 |
| | **Doc. No.** |

## FOURTH AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR CONFIRMATION HEARING ON JUNE 3, 4, 9 & 10, 2010 AT 9: 00 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD

### PARTIES WISHING TO PARTICIPATE MUST APPEAR IN PERSON.

## I. PLAN CONFIRMATION

## VOLUME 1

1. **Modified Third Amended Plan of Reorganization of Pittsburgh Corning Corporation Dated January 29, 2009 Jointly Proposed by Pittsburgh Corning Corporation, The Official Committee of Asbestos Creditors and the Future Claimants' Representative Filed by Pittsburgh Corning Corporation (as amended) (Filed May 19, 2010) (Document No. 7704)**

   (i) **Notice of Plan Proponents' Amendments to the Modified Third Amended Plan for Pittsburgh Corning Corporation (Filed June 8, 2010) (Doc. No. 7798)**

## VOLUME 2

A. **Objections to Plan Confirmation**

   (a) **Objection of the Non-Derivative Tort Victims to the Modified Third Amended Plan of Reorganization of Pittsburgh Corning Corporation (Filed November 11, 2009) (Doc. No. 7066)**

(b)   Mt. McKinley Insurance Company's and Everest Reinsurance Company's Second Supplemental Objections to Confirmation of the Modified Third Amended Joint Plan of Reorganization for Pittsburgh Corning Corporation (Filed May 10, 2010) (Doc. No. 7658)

(i)    Mt. McKinley Insurance Company and Everest Reinsurance Company's Objections to Confirmation of the Modified Third Amended Plan of Reorganization for Pittsburgh Corning Corporation (Filed November 18, 2009) (Doc. No. 7132)

(ii)   Mt. McKinley Insurance Company and Everest Reinsurance Company's Supplemental Objections  to Confirmation of the Modified Third Amended Plan of Reorganization for Pittsburgh Corning Corporation (Filed February 22, 2010)  (Doc. No. 7487)

(c)   Objection of Garlock Sealing Technologies, LLC to Confirmation of Modified Third Amended Plan of Reorganization of Pittsburgh Corning Corporation (Filed November 6, 2009) (Doc. No. 7045)

B.   Responses to Objections to Confirmation

(a)   Responses of Plan Proponents and Plan Supporters to Various Plan Objections (Related to Doc. Nos. 7045, 7066, 7067, 7125, 7132, 7133, 7137, 7138, 7142, 7146, 7189) (Filed January 15, 2010) (Doc. No. 7412)

C.   Responses to Final Objections/Supplements

(a)   Revised and Supplemented Responses of Plan Proponents and Plan Supporters to Various Plan Objections (Filed March 15, 2010) (Doc. No. 7548)

**D.  Responses to Second Supplemental Objections**

   (a)   Plan Proponents' and Plan Supporters' Joint Response to Mt. McKinley Insurance Company's and Everest Reinsurance Company's Second Supplemental Objections to Confirmation of the Third Amended Joint Plan of Reorganization for Pittsburgh Corning Corporation (Filed May 28, 2010) (Doc. No. 7756)

**E.  Witness Lists:**

   (a)   Plan Proponents and Plan Supporters' Witness List for the Confirmation Hearing on the Modified Third Amended Plan of Reorganization (Filed May 14, 2010) (Doc. No. 7686)

   (b)   Mt. McKinley Insurance Company's and Everest Reinsurance Company's Witness List for Plan Confirmation Hearing (Filed May 14, 2010) (Doc. No. 7685)

   (c)   Final Witness List of Garlock Sealing Technologies LLC for the Confirmation Hearing Scheduled to Begin June 3, 2010 (Filed May 14, 2010) (Doc. No 7687)

   (d)   Reaud Morgan Claimants' Final Witness List for the Confirmation Hearing for the Modified Third Amended Plan of Reorganization (Filed May 14, 2010) ( Doc. No. 7678)

   (e)   Century Indemnity Company's Rebuttal Witness List for the Confirmation Hearing for the Modified Third Amended Plan of Reorganization (Filed May 17, 2010) (Doc. No. 7695)

## VOLUME 3

**F.  Exhibits:**

Plan Proponents' and Supporters' Exhibits:

| (P-2) | Solicitation Package for Second Amended Plan of Reorganization |
|---|---|
| (P-3) | Appendix identifying the Technical Amendments to the Second Amended Plan of Reorganization (which Technical Amendments were not in the Solicitation Package for the Second Amended Plan of Reorganization) |
| (P-5) | Yandle v. PPG Industries, et al. (January 2, 1974) |
| (P-6) | Elmer H. Allen, et al v. PPG Industries, et al. (April 21, 1978) |
| (P-7) | Wanda Allen v.PPG Industries, et al. (May 23, 1978) |
| (P-8) | Ira Sue Albritton, et al. v. PPG Industries, Inc., et al. (May 21, 1979) |
| (P-9) | L.A. Benedict, et al. v. PPG Industries, Inc. (January 26, 1979) |
| (P-10) | Walter L. Bircher, et al. v. PPG Industries, Inc. (April 2, 1979) |
| (P-11) | Johnny Bircher, et al. v. PPG Industries, et al. (April 2, 1979) |
| (P-12) | Utah Colwell, et al. v. PPG Industries, Inc. et al. (November 19, 1979) |
| (P-13) | Thomas Miles Ray, et al. v. PPG Industries, Inc., et al. |
| (P-14) | Margie Asbell, et al. v. Pittsburgh Corning Corporation, et al. (April 1, 1985) |
| (P-15) | John Charles Connorty, et al. v. Owens Corning Fiberglas, et al. (June 28, 1999) |
| (P-16) | Albert Superak v. Pittsburgh Corning Corp., et al. (March 18, 1999) |

(P-17) Series of Complaints against PPG Industries, Inc., asserting "PC-Relationships" Claims

(P-18) Robert Abernathy v. AC&S, Inc., et al. (February 11, 2000)

(P-19) Series of Texas Complaints naming Pittsburgh Corning Corporation, PPG Industries and Corning, Inc., alleging joint liability against Pittsburgh Corning Corporation, PPG Industries, Inc. and Corning, Inc.

(P-20) London Shared Insurance Policy No. 78/14758/17

## VOLUME 4

(P-21) Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies Policy No. 61576

(P-27) Final Judgment, John Bamber, et al. v. Pittsburgh Corning Corp., et al. (Cause No. A-140, 807) (April 14, 2000)

(P-28) Charge of the Court, Jerry Sonnier, et al. v. Pittsburgh Corning Corp, et al., (Cause no. A-140-807-S), Jefferson County, TX [Jury Verdict]

(P-35) Chart regarding Notice given to PPG and PCC Primary and Excess Insurers

(P-36) Corning's Proof of Claim dated November 29, 2001

(P-40) PPG Insurance Coverage Chart

(P-51) In Re: Master Asbestos File Standing Order No. One (on deemed Cross-Claims) – Jefferson County, TX. (July 31, 1991)

(P-53) Black v. A&M Inst., et al., Lake County, Indiana (July 7, 1998)

**(P-54)**  **Kacarab v. A-Best Prod. Co., Inc., et al., Stark County, Ohio (May 2, 1996)**

**(P-57)**  **List of PPG Insurance Policies**

**(P-57A)**  **Compact Disc of PPG Participating Insurer Policies**

**(P-57B)**  **Compact Disc of PPG Nonparticipating/Insolvent Insurer Policies**

**(P-57C)**  **Lloyd's Umbrella Policy 84-14758-39 (07/01/84 – 07/-01/85)**

**(P-60)**  **Cross-Claim filed by Corhart Refractories Corp. against all defendants (Baltimore City, Maryland) (April 21, 2004)**

**(P-61)**  **Cross-Claim filed by Corhart Refractories Corp. against all defendants (July 1, 2002)**

**(P-62)**  **Case Management Order (on deemed Cross-Claims) from the Superior Court of West Virginia (March 15, 2003)**

**(P-103)**  **PPG's Proof of Claim dated November 28, 2001**

**(D-31)**  **Agreement Concerning Asbestos-Related Claims (Wellington Agreement)**

**(P-111)**  **Third Amended Disclosure Statement To Accompany The Modified Third Amended Plan of Reorganization, filed August 17, 2009 [Doc. No. 6878]**

## VOLUME 5

**(P-112)**  **Modified Third Amended Plan of Reorganization for Pittsburgh Corning Corporation Dated January 29, 2009 Jointly Proposed By Pittsburgh Corning Corporation, the Official Committee of Asbestos Creditors and the Future Claimants' Representative, as amended through April 29, 2010**

(Filed May 19, 2010) (Doc. No. 7704)

(P-113)    Responses of Pittsburgh Corning Corporation To Plaintiff's First Interrogatories to Defendant Re: Unibestos Specifications in Herndon v. Owens-Corning Fiberglass Corp.

## VOLUME 6

(P-114)    Mt. McKinley Insurance Company's and Everest Reinsurance Company's Responses to Corning Incorporated First Set of Interrogatories (September 29, 2009)

(P-115)    Everest Reinsurance Company's Objections and Responses to PPG Industries, Inc.'s Interrogatories Directed to Everest Reinsurance Company (September 29, 2009)

(P-116)    Mt. McKinley Insurance Company's Objections and Responses to PPG Industries, Inc.'s Interrogatories Directed to Mt. McKinley Insurance Company (September 29, 2009)

(P-117)    Debtors' Motion To Approve Settlement Among Federal-Mogul Corporation, Federal-Mogul Products, Inc., Cooper Industries, LLC, Everest Reinsurance Company and Mt. McKinley Insurance Company in In re Federal-Mogul Global Inc., No. 01-10578 (JKF) (June 19, 2007)

(P-118)    Order Authorizing and Approving Settlement Among Federal-Mogul Corporation, Federal-Mogul Products, Inc., Cooper Industries, LLC, Everest Reinsurance Company and Mt. McKinley Insurance Company in In re Federal-Mogul Global, Inc., No. 01-10578 (JKF) (July 10, 2007)

**(P-119)** Declaration of Kathleen M. Logan Certifying Methodology for Tabulating Votes On, and Results of Voting with respect to, the Modified Third Amended Plan of Reorganization for Pittsburgh Corning Corporation Dated January 29, 2009 Jointly Proposed by Pittsburgh Corning Corporation, the Official Committee of Asbestos Creditors, and the Future Claimants' Representative, filed February 18, 2010 [Doc. No. 7478]

**(P-120)** Ina Sue Bailey, *et al.* v. AC&S, Inc., *et al.*, Certified Twelfth Amended Petition (February 11, 2000)

**(P-121)** Edsel Dewell Cardwell, *et al.* v. AC&S, Inc., *et al.*, Certified Twelfth Amended Petition (February 11, 2000)

**(P-122)** Algie F. Davis & Mavis E. Davis v. AC&S, Inc., *et al.*, Certified Original Petition (January 26, 1995)

**(P-123)** Ruby Gilbert v. AC&S, Inc., *et al.*, Certified Eighth Amended Petition (February 11, 2000)

**(P-124)** Mavis Gurganus v. AC&S, Inc., *et al.*, Certified Original Petition (Undated)

**(P-125)** Inez Martin v. AC&S, Inc., *et al.*, Certified Thirty-Second Amended Petition (February 11, 2000)

**(P-126)** Claude T. Morris and Moselle Morris v. AC&S, Inc., *et al.*, Certified Original Petition (January 26, 2005)

**(P-127)** Sylvia Smitherman v. AC&S, Inc., *et al.*, Certified Original Petition (February 6, 1995)

**(P-128)** Pittsburgh Corning Corporation's Monthly Financial Report for Filing Period Ending March 31,

2010 (Filed April 23, 2010) (Doc. No. 7626)

(P-129)    Corning Insurance Coverage Chart

(P-130)    Proof of Publication of Advertising of Notice of Voting Rights and Confirmation Hearing, filed on February 5, 2009 [Doc. No. 7468]

(P-131)    Dr. Laura Welch Curriculum Vitae

(P-132)    Expert Rebuttal Report and Exhibits of Laura Welch, M.D., filed November 20, 2009 [Doc. No. 7172)

## VOLUME 7

(P-133)    Pittsburgh Corning Corporation Asbestos PI Trust Distribution Procedures (Exhibit B to Third Amended Plan of Reorganization)

(P-134)    American Thoracic Society, "Diagnosis and Initial Management of Nonmalignant Diseases Related to Asbestos" (December 12, 2003)

(P-135)    Tossavainen, "Consensus Report: Asbestos, Asbestosis, and Cancer: The Helsinki Criteria for Diagnosis and Attribution" (1997)

(P-136)    Henderson, *et al.*, "After Helsinki: A Multidisciplinary Review of the Relationship Between Asbestos Exposure and Lung Cancer, with Emphasis on Studies Published during 1997-2004" (December 1, 2004)

(P-137)    American Thoracic Society, "The Diagnosis of Nonmalignant Diseases Related to Asbestos" (March 1986)

(P-138)    Kipen, *et al.*, "Pulmonary Fibrosis in Asbestos Insulation Workers with Lung Cancer: A

| | |
|---|---|
| | Radiological and Histopathological Evaluation" (1987) |
| **(P-139)** | Weill, "Letter to the Editor: Diagnosis of Asbestos-Related Disease" (June 1987) |
| **(P-140)** | *Johnny L. Adams, et al.* v. *20th Century Glove Corp., et al.,* Complaint (July 21, 1995) |
| **(P-141)** | Compact Disc of Corning Insurance Policies that Contain "Affiliate" Language |
| **(P-142)** | Compact Disc of Corning Insurance Policies Listed on Schedule B to the Corning Trust Funding Agreement |
| **(P-143)** | Screen-Prints of Selected Pages from the Website of Segal McCambridge Singer & Mahoney, Ltd. (www.smsm.com) (Accessed May 17, 2010) |
| **(P-144)** | Screen-Prints of Selected Pages from the Website of Marshall, Dennehey, Warner, Coleman & Goggin, P.C. (www.marshalldennehey.com) (Accessed May 17, 2010) |
| **(P-145)** | *Marty Mitchell v. Ametek, Inc., et al.,* Plaintiff's First Amended Petition (October 1, 2002) |
| **(P-146)** | Lawrence Fitzpatrick Curriculum Vitae |
| **(P-147)** | Blackline Plan Documents comparing Modified Third Amended Plan (as amended through April 29, 2010) with Modified Third Amended Plan (as originally filed on January 29, 2009) |

## VOLUME 8

(P-148)  **Blackline Plan Documents comparing Modified Third Amended Plan (as amended through April 29, 2010) with Second Amended Plan (including Technical Amendments)**

(P-149)  **Chart Depicting Changes to PPG Insurer Status under Modified Third Amended Plan of Reorganization (Fed. R. Ev. 1006 Summary)**

(P-150)  **Joint Motion by Pittsburgh Corning Corporation and PPG Industries, Inc. for Order Approving the Debtor's Settlement with the KWELMB Companies and Order Establishing a Qualified Settlement Fund, dated November 12, 2004 [Doc. No. 3728]**

(P-151)  **Order Approving Debtor's Settlement [with KWELMB Companies] and a Qualified Settlement Fund, dated December 10, 2004 [Doc. No. 3799]**

(P-152)  **April 2010 Statement of Account for KWELMB Companies Settlement Qualified Settlement Fund**

(P-153)  **Unibestos Brochure**

(P-154)  **Robert M. Rhodes and Laura Trinkle v. Ametek, Inc., *et al.*, Plaintiffs' Original Petition (Undated)**

(P-155)  **Henry Taylor v. Keene Building Products Corp., *et al.*, Complaint in Civil Action (April 24, 1986)**

(P-156)  **James Rodgers v. Keene Building Products Corp., *et al.*, Complaint in Civil Action (July 11, 1986)**

(P-157)    List and Copies of Complaints, including <u>Mitchell v. Ametek, Inc., *et al.* and Rhodes v. Ametek, Inc., *et al.*</u> (Composite)

## VOLUME 9

(P-158)    List and Copies of Complaints, including <u>Charles v. Keene Building Products Corp., *et al.*, DePaola v. Keene Building Products Corp., *et al.*, Fontanese v. Keene Building Products Corp., *et al.*, Gable v. Keene Building Products Corp., *et al.*, Mariani v. Keene Building Products Corp., *et al.*, Rodgers v. Keene Building Products Corp., *et al.*, and Taylor v. Keene Building Products Corp., *et al.*</u> (Composite)

(P-159)    List and Copies of Complaints, including <u>Adams, *et al.* v. 20th Century Glove Corp., *et al.*, Ashby v. 20th Century Glove Corp., *et al.*, Boles v. v. 20th Century Glove Corp., *et al.*, Coulter, *et al.* v. 20th Century Glove Corp., *et al.*, Gillenwater v. CSX Transp. Incorporation, Inc. [sic], *et al.*, Hall, *et al.* v. 20th Century Glove Corp., *et al.*, Perry v. 20th Century Glove Corp., *et al.*, Sams v. 20th Century Glove Corp., *et al.*, and Sheppard v. 20th Century Glove Corp., *et al.*</u> (Composite)

## VOLUME 10

**MT. McKINLEY'S EXHIBITS:**

| | |
|---|---|
| MMIC Ex 1 | Welch Exhibit 001 |
| MMIC Ex 2 | Welch Exhibit 002 |
| MMIC Ex 3 | Welch Exhibit 003 |
| MMIC Ex 4 | Welch Exhibit 004 |
| MMIC Ex 5 | Welch Exhibit 004-1 |
| MMIC Ex 6 | Welch Exhibit 005 |

| | |
|---|---|
| MMIC Ex 7 | Welch Exhibit 006 |
| MMIC Ex 8 | Welch Exhibit 007 |
| MMIC Ex 9 | Welch Exhibit 008 |
| MMIC Ex 10 | Welch Exhibit 009 |
| MMIC Ex 11 | Welch Exhibit 010 |
| MMIC Ex 12 | Welch Exhibit 011 |
| MMIC Ex 13 | Welch Exhibit 012 |
| MMIC Ex 14 | Welch Exhibit 013 |
| MMIC Ex 15 | Welch Exhibit 014 |
| MMIC Ex 16 | Welch Exhibit 015 |
| MMIC Ex 17 | Welch Exhibit 016 |
| MMIC Ex 18 | Welch Exhibit 017 |
| MMIC Ex 19 | Welch Exhibit 018 |
| MMIC Ex 20 | Welch Exhibit 019 |
| MMIC Ex 21 | Welch Exhibit 020 |
| MMIC Ex 22 | Welch Exhibit 021 |
| MMIC Ex 23 | Welch Exhibit 022 |
| MMIC Ex 24 | ACC Obj. & Resp. to Mt. McKinley's RFAs - 7.1.09 |
| MMIC Ex 25 | ACC Obj. & Resp. to Mt. McKinley's PODs - 7.1.09 |
| MMIC Ex 26 | ACC Obj. & Resp. to Mt. McKinley's Interrogs - 7.1.09 |
| MMIC Ex 27 | FCR's Obj. & Resp. to Mt. McKinley's Interrogs - 7.1.09 |
| MMIC Ex 28 | FCR's Obj. & Resp. to Mt. McKinley's RFAs - 7.1.09 |
| MMIC Ex 29 | FCR's Obj. & Resp. to Mt. McKinley's RFPs - 7.1.09 |
| MMIC Ex 30 | PCC Response Letter 7.1.09 |
| MMIC Ex 31 | PCC's Obj. & Resp. to Mt. McKinley's RFAs |

| MMIC Ex 32 | PCC's Obj. & Resp. to Mt. McKinley's Interrogs |
|---|---|
| MMIC Ex 33 | PCC's Obj. & Resp. to Mt. McKinley's RFPs |
| MMIC Ex 34 | PPG's Obj. & Resp. to Mt. McKinley's Interrogs |
| MMIC Ex 35 | PPG's Obj. & Resp. to Mt. McKinley's RFAs |
| MMIC Ex 36 | PPG's Obj. & Resp. to Mt. McKinley's RFPs |
| MMIC Ex 37 | 7.1.09 Corning's Resp. to MMICs RFAs dated 5.29.09 |

## VOLUME 11

| MMIC Ex 38 | 7.1.09 Corning's Resp. to MMICs RFPs dated 5.29.09 |
|---|---|
| MMIC Ex 39 | 7.1.09 Corning's Resp. to MMICs Interrogs dated 5.29.09 |
| MMIC Ex 40 | Corning's Resp. to MMIC Interrog. – 7.1.09 |
| MMIC Ex 41 | PPG's Supp. Resp. to LMI's 1st Interrogs dated 5.1.09 |
| MMIC Ex 42 | 10.9.09 Walker letter to Counsel |
| MMIC Ex 43 | Expert Report of Dr. Joseph Renn |
| MMIC Ex 44 | Expert Report of Mark Behrens |
| MMIC Ex 45 | PCC's Supp. Obj. & Resp. to MMIC RFAs – 11.13.09 |
| MMIC Ex 46 | PCC's Supp. Obj. & Resp. to MMIC Interrogs – 11.13.09 |
| MMIC Ex 47 | ACC's Supp. Obj. & Resp. to MMIC Interrogs |
| MMIC Ex 48 | PPG's Supp. Resp. to MMICs Interrogs |
| MMIC Ex 49 | PPG's Supp. Resp. to MMICs RFAs |
| MMIC Ex 50 | Notice of E-Filing 1.6.10 |

| | |
|---|---|
| **MMIC Ex 51** | **ACC's Initial Obj & Resp. to MMIC Interrogs** |
| **MMIC Ex 52** | **ACC's Supp. Obj & Resp. to MMIC Interrogs** |
| **MMIC Ex 53** | **Notice of Additional Amendments 1.26.10** |
| **MMIC Ex 54** | **Plan Amendments 1.26.10** |
| **MMIC Ex 55** | **Ex. F Plan Amendments 1.26.10** |
| **MMIC Ex 56** | **Ex. I Plan Amendments 1.26.11** |
| **MMIC Ex 57** | **Notice of E-Filings of Additional Amendments 1.26.10** |
| **MMIC Ex 58** | **PPG's Resp. to MMICs 2nd Set of Discovery Req. 2.3.10** |
| **MMIC Ex 59** | **FCR's Obj & Resp. to MMICs 2nd Set of Disc. Req. 2.3.10** |
| **MMIC Ex 60** | **PCC's Obj & Resp. to MMICs Disc. Req. 2.3.10** |
| **MMIC Ex 61** | **ACC's Resp. to MMIC Discovery 2.3.10** |

## VOLUME 12

| | |
|---|---|
| **MMIC Ex 62** | **Corning's Resp. to MMIC 2nd set of Interrogs - 2.3.10** |
| **MMIC Ex 63** | **Corning's Resp. to MMIC 2nd set of RFAs - 2.3.10** |
| **MMIC Ex 64** | **Corning's Resp. to MMIC 2nd set of RFPs - 2.3.10** |
| **MMIC Ex 65** | **FCR's Obj & Resp. to LMI's RFAS - 2.3.10** |
| **MMIC Ex 66** | **FCR's Obj & Resp. to LMI's Interrogs - 2.3.10** |
| **MMIC Ex 67** | **PPG's Resp. to London's Set of RFAs - 2.3.10** |
| **MMIC Ex 68** | **Pcc's Obj & Resp. to LMI's RFAs - 2.3.10** |
| **MMIC Ex 69** | **Pcc's Obj & Resp. to LMI's Interrogs - 2.3.10** |

| | |
|---|---|
| **MMIC Ex 70** | **ACC's Resp. to LMI's RFAs - 1.13.10** |
| **MMIC Ex 71** | **ACC's Resp. to LMI's Interrogs - 1.13.10** |
| **MMIC Ex 72** | **V. Hatton Executed Verification** |
| **MMIC Ex 73** | **Notice of Filing of Black-Line Docs** |
| **MMIC Ex 74** | **Notice of E-Filing of Black-Line Docs** |
| **MMIC Ex 75** | **Black-Lined Plan** |
| **MMIC Ex 76** | **Ex. F PPG (TFA)** |
| **MMIC Ex 77** | **Ex. F Sch A PPG (TFA)** |
| **MMIC Ex 78** | **Ex. F Sch B PPG (TFA)** |
| **MMIC Ex 79** | **Ex. F Sch C PPG (TFA)** |
| **MMIC Ex 80** | **Ex. F Sch E PPG (TFA)** |
| **MMIC Ex 81** | **Ex. F Sch F PPG (TFA)** |
| **MMIC Ex 82** | **Ex. F Sch G PPG (TFA)** |
| **MMIC Ex 83** | **Ex. F Sch J PPG (TFA)** |
| **MMIC Ex 84** | **Ex. F Sch L PPG (TFA)** |
| **MMIC Ex 85** | **Ex. F Sch M PPG (TFA) – deleted** |
| **MMIC Ex 86** | **Ex. H Left Blank intentionally** |
| **MMIC Ex 87** | **Ex. I Corning TFA** |
| **MMIC Ex 88** | **Ex. I Ex. 1 Escrow Agreement** |
| **MMIC Ex 89** | **Ex. I Ex. 2 Note Agreement** |
| **MMIC Ex 90** | **Ex. I Ex. 4 Corning** |
| **MMIC Ex 91** | **Ex. I Ex. 5 to Corning TFA deleted** |
| **MMIC Ex 92** | **EX. I Sch B Corning** |
| **MMIC Ex 93** | **Ex. I Sch D Corning** |
| **MMIC Ex 94** | **Ex. I Sch F Notices** |

**VOLUME 13**

MMIC Ex 95    Ex. J Left Blank intentionally

MMIC Ex 96    Ex. M Insurance Claim
              Agreement

MMIC Ex 97    Notice of Filing of Stipulation

MMIC Ex 98    Notice of E-Filing of Stipulation

MMIC Ex 99    Stipulation Resolving Plan
              Objections

MMIC Ex 100   Stipul. Ex. A Part 1

MMIC Ex 101   Stipul. Ex. A Part 2

MMIC Ex 102   Stipul. Ex. A Part 3

MMIC Ex 103   Stipul. Ex. A Part 4

MMIC Ex 104   Stipul. Ex. B

MMIC Ex 105   Stipul. Ex. C

MMIC Ex 106   PCC's Obj & Resp. to 3rd Set of
              Disc. Req.

MMIC Ex 107   FCR's Obj & Resp. to 3rd Set of
              Disc. Req.

MMIC Ex 108   ACC's Obj & Resp. to 3rd Set of
              Disc. Req.

MMIC Ex 109   PPG's Obj & Resp. to 3rd Set of
              Disc. Req.

MMIC Ex 110   Corrected FCR's Obj & Resp. to
              3rd Set of Disc. Req.

## VOLUME 14

GARLOCK SEALING TECHNOLOGIES, LLC'S
EXHIBITS:

Garlock 20, 43   Garlock 20, 43 Lines of
                 satisfaction in *Puller v.
                 ACandS, et al.* (No. 24-X-02-
                 000023) and *Snyder v.
                 ACandS, et al.* (No. 24-X-
                 01001969)

Garlock 45, 46   Supplemental answers to
                 interrogatories by plaintiffs in
                 *Puller v. Wallace & Gale
                 Asbestos Settlement Trust*

|  |  |
|---|---|
|  | (No. 24-X-07-000397) and *Snyder v. Wallace & Gale Asbestos Settlement Trust* (No. 24-X-07-000403) |
| Garlock 47-59 | Trust claims filed on behalf of Mr. Puller and Mr. Snyder |
| Garlock 71 | Letter to Richard C. Worf from the NGC Bodily Injury Trust |
| Garlock 89-93, 95 | TDP of Babcock & Wilcox Company Asbestos PI Settlement Trust, DII Industries, LLC Asbestos Trust, Manville Personal Injury Settlement Trust, NGC Bodily Injury Trust, Owens Corning/Fibreboard Asbestos Personal Injury Trust, United States Gypsum Asbestos Personal Injury Settlement Trust |

### VOLUME 15

| Garlock 96 | Pittsburgh Corning Involvement In Texas Cases Where Garlock Was Sued, 1992-1999 |
| Garlock 97 | Transcript From Hearing on Motion for Continuance, *Brassfield et al. v. Alcoa, Inc., et al.*, District Court of Harris County, Texas, 11th Judicial District (November 22, 2006) |
| Garlcok 98 | Memorandum Opinion on Motion to Revoke Pro Hac Vice Privileges and Motion to Dismiss, *Kananian v. Lorillard Tobacco Co.*, Court of Common Pleas, Cuyahoga County, Ohio (January 18, 2007) |
| Garlock 99- Garlock 374 | Tort system discovery responses (Contained on CD-ROM) |

**VOLUME 15-A**

**Garlock 99 – 120**

**VOLUME 15-B**

**Garlock 121 – 133**

**VOLUME 15-C**

**Garlock 134 – 151**

**VOLUME 15-D**

**Garlock 152 – 164**

**VOLUME 15-E**

**Garlock 165 – 182**

**VOLUME 15-F**

**Garlock 183 – 198**

**VOLUME 15-G**

**Garlock 199 – 212**

**VOLUME 15-H**

**Garlock 213 – 219**

**VOLUME 15-I**

**Garlock 220 – 238**

**VOLUME 15-J**

**Garlock 239 – 254**

**VOLUME 15-K**

**Garlock 255 – 269**

## VOLUME 15-L
### Garlock 270 - 280

## VOLUME 15-M
### Garlock 281 - 291

## VOLUME 15-N
### Garlock 292 - 303

## VOLUME 15-O
### Garlock 304 - 315

## VOLUME 15-P
### Garlock 316 - 328

## VOLUME 15-Q
### Garlock 329 - 339

## VOLUME 15-R
### Garlock 340 - 351

## VOLUME 15-S
### Garlock 352 - 360

## VOLUME 15-T
### Garlock 361 - 367

## VOLUME 15-U
### Garlock 368 - 374

## VOLUME 16

**REAUD MORGAN CLAIMANTS' EXHIBITS:**

RMQ01    5/25/1962 Letter to Karl Baumler from Clyde C. Ruddick

RMQ02    4/22/1966 Letter to Russell Brittingham from Dr. Lee B. Grant

RMQ03    4/21/1966 Dr. Lee B. Grant Meeting Notes

RMQ04    9/16/1969 Letter to B. Stout; M. Corn; Bell; Underwood; Destafano from Dr. Lee B. Grant

RMQ05    8/23/1967 Letter to J.M. Barnhart, Russell Brittingham from Dr. Lee B. Grant

RMQ06    12/1/1965 Notes from Dr. Lee B. Grant

RMQ07    3/16/1972 Letter to H. Babcock; W.F. Newton; Lee B. Grant; P.J. Morhan; R.B. Peake from William Carpenter

RMQ08    10/4/1971 Letter to Carl. P. Olm from Dr. Lee B. Grant

RMQ09    7/9/1968 Letter to Byrl Stout; Dr. Morton Corn from Dr. Lee B. Grant

RMQ010   10/19/1964 Asbestos Exposure at Pittsburgh Corning Corporation

RMQ011   5/16/1962 Letter to Karl Baumler from Clyde C. Ruddick

RMQ012   8/15/1966 Letter to Arthur Haskins from Dr. Lee B. Grant

RMQ013   Obituary of Dr. Lee B. Grant

## VOLUME 17

## CENTURY INDEMNITY COMPANY'S EXHIBITS:

C-1   10/22/2004  Notice of Appearance and Demand for Service of Papers

| | | |
|---|---|---|
| C-2 | 11/9/2004 | Motion of Quigley Company, Inc. and Pfizer Inc. for: (I) an Order under Fed. R. Bankr. P. 2019(b) (A) Striking Objections of Ad Hoc Committee of Tort Victims and Reaud, Morgan & Quinn, L.L.P. to Motion for a Preliminary Injunction; and (B) Disqualifying the Members of the Ad Hoc Committee, Reaud, Morgan & Quinn, L.L.P., and Their Counsel from Representing Personal Injury Claimants in the Chapter 11 Case; and (II) for an Order Pursuant to Sections 105(a) And 1102 of the Bankruptcy Code Removing Certain Members from Serving on the Official Committee of Unsecured Creditors for Conflicts of Interest |
| C-3 | 11/15/2004 | Verified Statement of Reaud, Morgan & Quinn, L.L.P. Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure |
| C-4 | 11/16/2004 | Opposition Of The Ad Hoc Committee Of Tort Victims To Motion Of Quigley Company, Inc. And Pfizer, Inc. For (I) An Order Under Fed. R. Bankr. P. 2019 (b) (A) Striking Objections Of AD Hoc Committee Of Tort Victims and Reaud, Morgan & Quinn, LLP To Motion For A Preliminary Injunction: And (B) Disqualifying The Members Of The Ad Hoc Committee, Reaud, Morgan & Quinn, LLP And Their Counsel From Representing Personal Injury Claimants In This Chapter 11 Case; And (II) For An Order Pursuant To Sections 105(a) And 1102 Of The Bankruptcy Code Removing Certain Members From Serving On The Official Committee Of Unsecured Creditors For Conflicts Of Interest |

| C-5 | 11/16/2004 | Reaud Morgan & Quinn, LLP's Objection to Motion of Quigley Company, Inc. and Pfizer Inc. For (I) An Order Under Fed. R. Bankr. P. 2019 (b) (A) Striking Objections Of AD Hoc Committee Of Tort Victims and Reaud, Morgan & Quinn, LLP To Motion For A Preliminary Injunction: And (B) Disqualifying The Members Of The Ad Hoc Committee, Reaud, Morgan & Quinn, LLP And Their Counsel From Representing Personal Injury Claimants In This Chapter 11 Case; And (II) For An Order Pursuant To Sections 105(a) And 1102 Of The Bankruptcy Code Removing Certain Members From Serving On The Official Committee Of Unsecured Creditors For Conflicts Of Interest |
| C-6 | 11/16/2004 | Objection to Motion For: (I) An Order Under Fed. R. Bankr. P. 2019(a) (A) Striking Objections of the Ad Hoc Committee of Tort Victims and Reaud, Morgan & Quinn, L.L.P. to Motion for a Preliminary Injunction; and (B) Disqualifying the Members of the Ad Hoc Committee, Reaud, Morgan & Quinn, L.L.P. and Their Counsel from Representing Personal Injury Claimants in the Chapter 11 Case, and (II) For an Order Pursuant to Sections 1105(a) and 1102 of the Bankruptcy Code Removing Certain Members from Serving on the Official Committee of Unsecured Creditors for Conflicts of Interest |
| C-7 | 11/17/2004 | Reply Of Pfizer Inc. And Quigley Company, Inc. To Objection Of Reaud, Morgan & Quinn, L.L.P. To Motion Of Pfizer Inc. And Quigley Company, Inc. For (I) An Order Under Fed. R. Bankr. P. 2019(b) (A) Striking Objections Of Ad Hoc |

Committee of Tort Victims
And Reaud, Morgan & Quinn,
L.L.P. To Motion For A
Preliminary Injunction; And
(B) Disqualifying The Members
Of The Ad Hoc Committee,
Reaud, Morgan & Quinn,
L.L.P., And Their Counsel
From Representing Personal
Injury Claimants In The
Chapter 11 Case; And (II) For
An Order Pursuant To
Sections 105(a) And 1102 Of
The Bankruptcy Code
Removing Certain Members
From Serving On The Official
Committee Of Unsecured
Creditors For Conflicts Of
Interest

C-8   12/10/2004   Reaud, Morgan & Quinn, LLP's
Objection to Motion of Quigley
Company, Inc. for an Order
Under 11 USC 1121(d)
Extending Exclusive Periods
to File Plan of Reorganization
and Solicit Acceptances
Thereof

C-9   1/20/2005   Reaud, Morgan & Quinn, LLP's
Objection to Entry of the
Proposed Order Requiring
Compliance With Bankruptcy
Rule 2019 and Granting Other
Related Relief

C-10   4/13/2005   Reaud, Morgan & Quinn, LLP's
Objection to Motion of Quigley
Company, Inc. for an Order
Under U.S.C. 1121(d) Further
Extending Exclusive Period to
Solicit Acceptances of Plan of
Reorganization

C-11   4/15/2005   Reply to Objection of Reaud,
Morgan & Quinn, L.L.P. and in
Support of Motion for Order
Under U.S.C. Section 1121(d)
Further Extending Exclusive
Period to Solicit Acceptances
of Reorganization Plan

C-12   7/20/2005   Reaud, Morgan & Quinn, LLP's
Objection to Motion of Quigley
Company, Inc. for an Order
Under 11 U.S.C. 1121(d)
Further Extending Exclusive

| | | |
|---|---|---|
| | | Period to Solicit Acceptances of Plan of Reorganization |
| C-13 | 7/22/2005 | Reply to Objection of Reaud, Morgan & Quinn, L.L.P. to Motion For Order Under 11 U.S.C. Section 1121(d) Further Extending Exclusive Period To Solicit Acceptances of Reorganization Plan |
| C-14 | 9/15/2005 | Reaud, Morgan & Quinn, LLP's Objection to Motion of Quigley Company, Inc. for an Order: (I) Approving Quigley's Disclosure Statement; (II) Approving Solicitation Procedures, Forms of Ballots, and Manner of Notice; (III) Estimating Each Asbestos Claim at $1.00 Solely for Voting Purposes; and (IV) Fixing Date, Time and Place for Confirmation Hearing and Deadline for Filing Objections Thereto |
| C-15 | 3/24/2006 | Supplemental Verified Statement of Reaud, Morgan & Quinn, L.L.P. Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure |
| C-16 | 4/25/2006 | Reaud, Morgan & Quinn, LLP's Objection to Confirmation of Quigley Company, Inc. Third Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| C-17 | 4/26/2006 | Joinder of Reaud, Morgan & Quinn L.L.P. in Support of the Motion of the Ad-Hoc Committee of Tort Victims to Compel Disclosure of Information Necessary for the Court's Proper Assessment of Voting Methodology |
| C-18 | 5/5/2006 | Joinder of Judgment Holders Represented by Reaud, Morgan & Quinn L.L.P. in Wade Freeman's First Amended Objection to Conformation of the Debtor's |

Third Amended Plan of
Reorganization

C-19  6/2/2006  Reaud, Morgan & Quinn, LLP's
Supplemental Objection to
Motion of Quigley Company,
Inc. for an Order Estimating
Each Asbestos Claim at $1.00
Solely for Voting Purposes

C-20  9/5/2006  Stipulation Extending Time for
Reaud, Morgan & Quinn, L.L.P.
To Respond to Motion For
Reconsideration of
Memorandum Decision And
Order Estimating Asbestos PI
Claims For Voting Purposes
Only

C-21  9/8/2006  Stipulation and Order
Extening Time for Reaud,
Morgan & Quinn, L.L.P. To
Respond to Motion For
Reconsideration of
Memorandum Decision And
Order Estimating Asbestos PI
Claims For Voting Purposes
Only

C-22  9/15/2006  Reaud, Morgan & Quinn, LLP's
Objection to Motion of Quigley
Company, Inc. and Pfizer Inc.
Under Local Bankr.R. 9023-1
for Reconsideration of the
Memorandum Decision and
Order Estimating Asbestos PI
Claims for Voting Purposes
Only

C-23  5/4/2007  Joinder of Reaud, Morgan &
Quinn, L.L.P. In Support of the
Motion of the Ad-Hoc
Committee of Tort Victims to
Appoint Trustee and Modify
Temporary Injunction

C-24  7/9/2007  Joinder of Reaud, Morgan &
Quinn, L.L.P. in the Objection
of the Ad-Hoc Committee of
Tort Victims to the Debtor's
Motion (I) Approving Quigley's
Fifth Amended and Restated
Disclosure Statement; (II)
Approving First Amended
Ballot Solicitation and
Tabulation Procedures Forms
of Ballots, and Manner of

Notice; (III) Estimating Each Asbestos PI Claim Solely for Voting Purposes Using Amounts Set Forth in the Asbestos PI Trust Distribution Procedures; and (IV) Fixing Date, Time and Place for Confirmation Hearing and Deadline for Filing Objections Thereto

C-25  9/4/2008  Joinder of Reaud, Morgan & Quinn, L.L.P. in the Objection of the Ad-Hoc Committee of Tort Victims to the Quigley Company, Inc. Fourth Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code

C-26  3/1/2010  Declaration of Elizabeth L. Friedman in Support of the Corning Insurers' Motion In Limine to Preclude the Reaud Morgan Claimants From Presenting Evidence at Confirmation and to Strike the Reaud Morgan Claimants' Plan Objection, or, In The Alternative, Motion To Compel

C-27  2/27/2004  Master Ballot for Accepting or Rejecting Second Amended Plan of Reorganization for Class 5A, 5B and 5C Asbestos Personal Injury Claims filed by Reaud, Morgan & Quinn, Inc. and Accompanying Ballots (Contained on CD-ROM)

## VOLUME 18

C-28 through C-42 are to be submitted by Century upon resolution of confidentiality issues

C-28  3/15/2010  Transcript of Hearing Held on March 15, 2010 before Justice Bransten

C-29  5/4/2010  Letter from Fred L. Alvarez to Justice E. Bransten

C-30  5/12/2010  Letter from Fred L. Alvarez to Justice E. Bransten

| | |
|---|---|
| C-31 | Database CM035316-CM035889; CM035914-CM037297, CM046255-CM054582 |
| C-32 | Database CM035890-CM035913; CM037475-CM037575 |
| C-33 | Database CM046067-CM046077 |
| C-34 | Database CM046244-CM046254 |
| C-35 | Database CM046078-CM046243 |
| C-36 | Letter |
| C-37 | Letter |
| C-38 | Letter |
| C-39 | Other |
| C-40 | Document |
| C-41 | Other |
| C-42 | Email CM0020282-CM0020283 |

## VOLUME 19

**G.   Pretrial Statements**

(a)   Plan Proponents' and Supporters' Pretrial Statement and Memorandum of Law in Support of Confirmation of Modified Third Amended Plan of Reorganization for Pittsburgh Corning Corporation (Filed May 24, 2010) (Doc. No. 7724)

(b)   Pretrial Statement of Garlock Sealing Technologies, LLC (Filed May 24, 2010) (Doc. No. 7723)

(c)   Mt. McKinley Insurance Company's and Everest Reinsurance Company's Pretrial Statement (Filed May 24, 2010(Doc. No. 7725)

(d)   Reaud Morgan Claimants' Pretrial Statement in Respect of the Confirmation Hearing for the Modified Third Amended

Plan of Reorganization (Filed May 24, 2010) (Doc. No. 7726)

(e)    The Corning Insurers' Pre-Trial Brief (Filed May 24, 2010) (Doc. No. 7727)

**Responses Received:**

(f)    The Reaud Morgan Claimants' Response in Opposition to The Corning Insurers' Pre-Trial Brief (Filed June 1, 2010) (Doc. No. 7758)

**Replies Received:**

(g)    Reply to the Reaud Morgan Claimants' Response in Opposition to the Corning Insurers' Pre-Trial Brief (Filed June 2, 2010) (Doc. No. 7766)

Status:  This matter will be heard at the June 3, 2010 Confirmation Hearing.

## VOLUME 20

H.    Designations of Testimony from Second Amended Plan Confirmation Hearing

(a)    Plan Proponents and Supporters' Designations of Confirmation Hearing Testimony and Exhibits to be Included in Confirmation Proceedings for the Modified Third Amended Plan of Reorganization (Filed September 1, 2009)(Document No. 6882) (marked in yellow)

I.    Counter-Designations

(a)    Mt. McKinley Insurance Company and Everest Reinsurance Company's Counter-Designations of Confirmation Hearing Testimony to be Included in Confirmation Proceedings for the Modified Third Amended Plan of Reorganization (Filed October 5, 2009)(Document No. 6940) (marked in blue)

## VOLUME 21

J.    Debtor's Submission of "Stipulated" Findings of Fact from the Confirmation

Hearing on May 3-7, 2004 Regarding
Confirmation of the Modified Third
Amended Plan of Reorganization (Filed
May 26, 2010) (Doc. No. 7735)

## VOLUME 22

## II. MISCELLANEOUS MOTIONS

2. Complaint (PPG Industries, Inc. v. Adriatic
Insurance Company, et al.) (Filed May 23,
2000) (Adversary 00-2201) (Document No.
1)

> Status: Stayed until after US District
> Court enters a final order with
> respect to the confirmation of the
> plan.

2A. Motion for Extension of Stay of Adversary
Proceeding (Filed November 15, 2002)
(Adversary 00-2201) (Motion No. K&L-2)
(Document No. 102)

> Various responses have been
> received.   See the docket.

> Status: Stayed until after US District
> Court enters a final order with
> respect to the confirmation of the
> plan.

3. Motion of the Tort Victims Represented
by Provost Umphrey, LLP to Modify or
Dissolve the Injunction Restraining
Litigation Against PPG to collect Pre-
Petition Judgment (Filed March 13, 2007)
(Adversary 00-2161) (Document No. 361)

> Responses Received:

> (a)   Objection of PPG Industries, Inc.
> to the Motion of the Tort Victims
> Represented by Provost Umphrey,
> LLP to Modify or Dissolve the
> Injunction  Restraining Litigation
> Against PPG to Collect Pre-Petition
> Judgment (Filed April 10, 2007)
> (Adversary 00-2161) (Document No.
> 365)

> (b)   Debtor's Joinder in the
> Objection of PPG Industries, Inc. to
> the Motion of the Tort Victims

Represented by Provost Umphrey, LLP to Modify or Dissolve the Injunction Restraining Litigation Against PPG to Collect Pre-Petition Judgment (Filed April 10, 2007) (Adversary 00-2161) (Document No. 366)

(c)   Supplemental Motion of the Tort Victims Represented by Provost Umphrey, LLP, to Modify or Dissolve the Injunction Restraining Litigation Against PPG to Collect Pre-Petition Judgment (Filed May 24, 2010) (Doc. No. 464)

(d)   Objection of PPG Industries, Inc. to the Supplemental Motion of the Tort Victims Represented by Provost Umphrey, LLP, to Modify or Dissolve the Injunction Restraining Litigation Against PPG to Collect Pre-Petition Judgment (Filed June 1, 2010) (Doc. No. 465)

Status:  This matter will be heard at the June 3, 2010 Confirmation Hearing.

4.   Motion of the Tort Victims Represented by Reaud Morgan & Quinn to Modify or Dissolve the Injunction Restraining Litigation Against PPG for Pyrocal Claims (Filed September 11, 2007) (Adversary No. 00-2161) (Document No. 382)

Responses Received:

(a)  Objection of PPG Industries Inc. to the Motion of the Tort Victims Represented by Reaud, Morgan & Quinn to Modify or Dissolve the Injunction Restraining Litigation Against PPG for Asbestos Claims (Filed October 26, 2007)(Adversary No. 00-2161) (Document No. 397)

Status:  This matter will be heard at the June 3, 2010 Confirmation Hearing.

5.   Motion of Tort Victims Represented by Reaud, Morgan & Quinn and Environmental Litigation Group to Modify or Dissolve the Injunction Restraining

Litigation Against Corning (Filed November 14, 2006) (Adversary 00-2161) (Document No. 294)

Responses Received:

(a) Corning Incorporated's Objection to the Motion of Tort Victims Represented by Reaud Morgan & Quinn and Environmental Litigation Group to Dissolve the Injunction Restraining Litigation Against Corning (Filed December 1, 2006) (Adversary 00-2161) (Document No. 305)

(b) Pittsburgh Corning Corporation's Joinder in Corning Incorporated's Objection to the Motion of Tort Victims Represented by Reaud Morgan & Quinn and Environmental Litigation Group to Dissolve the Injunction Restraining Litigation Against Corning (Filed December 1, 2006) (Adversary No. 00-2161) (Document No. 306)

Status: This matter will be heard at the June 3, 2010 Confirmation Hearing.

6.       Joint Motion to Discharge Lawrence Fitzpatrick as Legal Representative With Respect to Future Claims Not Subject to the Asbestos Permanent Channeling Injunction (Filed May 18, 2010) (Document No. 7700)

Responses Due: June 4, 2010

Replies Received:

(a) Certification of No Objection Regarding Document No. 7700: Joint Motion to Discharge Lawrence Fitzpatrick as Legal Representative with Respect to Future Claims Not Subject to the Asbestos Permanent Channeling Injunction (Filed June 8, 2010) (Doc. No. 7797)

Status: This matter will be heard on June 9, 2010 at 9:00 a.m.

**7.**     **Motion of Certain Underwriters at Lloyd's London, and Certain London Market Companies for an Order Determining Effect of Plan on Non-Settling Insurers (filed November 6, 2009)(Document No. 7050)**

**Related Documents:**

**(a)   Declaration of Michael A. Shiner, Esq. in Support of the Motion of Certain Underwriters at Lloyd's, London and Certain London Market Companies for an Order Determining Effect of Plan of Non-Settling Insurers (Filed November 6, 2009) (Document No. 7051)**

**(b)  Lumbermens Mutual Casualty Company's Joinder to London Market Insurers' Motion for an Order Determining Effect of Plan on Non-Settling Insurers (Filed November 6, 2009) (Document No. 7052)**

**(c)  Argonaut Insurance Company and Northwestern National Insurance Company's Joinder to the Motion of Certain Underwriters at Lloyd's London and Certain London Market Companies for an Order Determining Effect of Plan on Non-Settling insurers ( Filed November 6, 2009) (Document No. 7053)**

**(d)   National Casualty Company's and Great Southwest Fire Insurance Company's Joinder to London Market Insurers' Motion for an Order Determining Effect of Plan on Non-Settling Insurers (Filed November 6, 2009) (Document No. 7058)**

**(e)   North Star Reinsurance Corporation's Joinder to the Motion of Certain Underwriters at Lloyd's London and Certain London Market Companies for an Order Determining Effect of Plan on Non-Settling Insurers (Filed November 9, 2009) (Document No. 7059)**

**Response Deadline:  Nov. 23, 2009**

**Responses Received:**

**f)    PPG Industries, Inc.'s Response to the Motion of Certain Underwriters at Lloyd's, London and Certain London Market Companies for an**

Order Determining Effect of Plan on Non-Settling Insurers (Filed November 23, 2009) (Document No. 7194)

g)     Joinder of the Debtor, The Legal Representative for Future Claimants, and The Official Committee of Asbestos Creditors to PPG Industries, Inc.'s Response to the Motion of Certain Underwriters at Lloyd's, London and Certain London Market Companies for an Order Determining Effect of Plan on Non-Settling Insurers (Filed November 23, 2009) (Document No. 7197)

h)     Corning Incorporated's Objection to Motion for an Order Determining Effect of Plan on Non-Settling Insurers (Filed November 23, 2009) (Document No. 7201)

i)     Memorandum of Law of the Corning Insurers in support of the London Market Insurers' Motion for Summary Judgment (Dkt # 7050) and Joinder in Request for Relief (Filed November 24, 2009) (Document No. 7206)

j)     Memorandum of Law of the Corning Insurers in Response to and in Support of Motion of Certain Underwriters at Lloyd's London and Certain London Market Companies for an Order Determining Effect of Plan on Non-Settling Insurers and Joinder in Request for Relief (Filed November 25, 2009) (Document No. 7258)

k)     The Corning Insurers Objection to the Plan Proponents' and Corning Incorporated's Joint Emergency Motion to Strike Memorandum of Law of the Corning Insurers in Support of the London Market Insurers' Motion for Summary Judgment and Joinder in Request for Relief, and (II) Request for an Expedited Hearing (Filed November 27, 2009) (Document No. 7260)

l)    Reply of Certain Underwriters at Lloyd's, London, and Certain London Market Companies in Support of Motion for an Order Determining Effect of Plan of Non-Settling Insurers (Filed November 27, 2009) (Document No. 7263)

m)    Corning Incorporated's Response to Memorandum of Law of the Corning Insurers in Response to and in Support of Motion of Certain Underwriters at Lloyd's, London and Certain London Market Companies for an Order Determining Effect of Plan on Non-Settling Insurers and Joinder in Request for Relief (Filed November 27, 2009) (Document No. 7264)

n)    Lumbermens Mutual Casualty Company's Reply to Corning Incorporated's Objections (Filed November 27, 2010)(Document No. 7262)

Status:    The parties will report on the status of this matter.

8.    Perry Weitz, Plaintiff, v. Century Indemnity Company, Defendant; Miscellaneous Proceeding No. MP 09-206

Status:    A status conference will take place on June 9, 2010.

9.    Reaud Morgan Claimants' Motion *in Limine* to Strike Exhibits C-1 Through C-25 and C-28 Through C-42 of Century Indemnity Company's Exhibit List for the Confirmation Hearing for the Modified Third Amended Plan of Reorganization (Filed June 1, 2010) (Doc. No. 7757)

Responses Received:

(a)    Century's Response in Opposition to the Reaud Morgan Claimants' Motion *in Limine* to Strike Exhibit C-1 through C-25 and C-28 through C-42 of Century's Exhibit List for the Confirmation Hearing (Filed June 2, 2010) (Doc. No. 7767)

**Status:** This matter will be heard at the June 3, 2010 Confirmation Hearing.

10. **The Corning Insurers' and PPG Insurers' Motion to Strike, and Objections to, The Reaud Morgan Claimants' Designations of Lee B. Grant Taken Outside the Bankruptcy (Filed June 1, 2010) (Doc. No. 7759)**

**Status:** This matter will be heard at the June 3, 2010 Confirmation Hearing.

11. **Certification of Counsel RE: The Corning Insurers' Motion *in Lmine* to Preclude the Reaud Morgan Claimants from Presenting Evidence at Confirmation and to Strike the Reud Morgan Claimants' Plan Objection, or in the Alternative, Motion to Compel (Filed June 2, 2010) (Doc. No. 7764)**

**Status:** This matter will be heard at the June 3, 2010 Confirmation Hearing.

## VOLUME 23

12. **Century Indemnity Company's Deposition Designations for the Confirmation Hearing for the Modified Third Amended Plan of Reorganization (Filed June 1, 2010) (Doc. No. 7760)**

   (a) **Mt. McKinley Insurance Company's and Everest Reinsurance Company's Objections to Century Indemnity Company's Deposition Designations for the Confirmation Hearing for the Modified Third Amended Plan of Reorganization (Filed June 2, 2010) (Doc. No. 7779)**

**Status:** This matter will be heard at the June 3, 2010 Confirmation Hearing.

13. **Century Indemnity Company's Additional Deposition Designations for the Confirmation Hearing for the Modified Third Amended Plan of Reorganization (Filed June 2, 2010) (Doc. No. 7765)**

**Status:   This matter will be heard at the June 3, 2010 Confirmation Hearing.**

## VOLUME 24

14.  **Plan Proponents' and Plan Supporters' Deposition Designations – Excerpts from the Videotaped Deposition Testimony of Adam Kenney May 26, 2010 (Filed June 2, 2010) (Doc. No. 7774)**

(a)  **Mt. McKinley Insurance Company's and Everest Reinsurance Company's Cross Designations of the Deposition Testimony of Adam Kenney (NOT FILED) (TO BE PROVIDED BY MMIC)**

**Status:   This matter will be heard at the June 3, 2010 Confirmation Hearing.**

## VOLUME 25

15.  **Mt. McKinley Insurance Company's and Everest Reinsurance Company's Designations for the Confirmation Hearing on the Modified Third Amended Plan of Reorganization (NOT FILED) (Marked in blue)**

16.  **Plan Proponents' and Plan Supporters' Counter-Designations to Mt. McKinley Insurance Company's and Everest Reinsurance Company's Deposition Designations for the Confirmation Hearing on the Modified Third Amended Plan of Reorganization (Filed June 8, 2010) (Doc. No. 7796) (Marked in yellow)**

Dated:  June 8, 2010

/s/ Andrew J. Muha
Andrew J. Muha, Esq. (PA ID 87788)
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Suite 1200
Pittsburgh PA  15222
(412) 288-7132
amuha@reedsmith.com
Counsel for Debtor