THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

IN RE: ) In Proceedings for a
) Reorganization under
PITTSBURGH CORNING CORPORATION, ) Chapter 11
)
) Case No. 00-22876-JKF
Debtor. )
--- x Related to Doc. Nos. 7733,
7768, 7770, 7777, 7783, 7799
**Doc. No.**

## NOTICE OF CHANGE OF TIME
## OF THE JUNE 10, 2010 CONFIRMATION HEARING
## BEFORE THE HONORABLE JUDITH K. FITZGERALD

PLEASE TAKE NOTICE that the confirmation hearing scheduled for **June 10, 2010** at 9:00 a.m. in the above-referenced case will begin at **9:30 a.m.**

Dated: June 9, 2010

/s/ *Andrew J. Muha*
Andrew J. Muha, Esq. (PA ID #87788)
Reed Smith LLP
225 Fifth Avenue, STE 1200
Pittsburgh PA 15222
(412) 288-7132
amuha@reedsmith.com
Counsel for Debtor