# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) In Proceedings for a Reorganization |
| | ) Under Chapter 11 |
| PITTSBURGH CORNING CORPORATION, | ) |
| | ) Case No. 00-22876-JKF |
| Debtor. | ) |
| | ) Document No. 8052 |
| PPG INDUSTRIES, INC., | ) |
| | ) Related to Document Nos. 5230, 5232, |
| Movant, | ) 5236, ~~5239~~, 5242, 5243, 5269, 5270, |
| | ) 5271, 5272, 5273, 5274, 5277, 5278, 7050, |
| vs. | ) 7513, 7515, 7521, 7523, 7525, and 8020 |
| | ) |
| NO RESPONDENT. | ) |
| | ) |
| CORNING INCORPORATED, | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| NO RESPONDENT. | ) |
| | ) |
| CERTAIN UNDERWRITERS AT LLOYD'S, | ) |
| LONDON and CERTAIN LONDON | ) |
| MARKET COMPANIES, | ) |
| | ) |
| Movants, | ) |
| | ) |
| vs. | ) |
| | ) |
| PITTSBURGH CORNING CORPORATION, | ) |
| THE OFFICIAL COMMITTEE OF | ) |
| ASBESTOS CREDITORS, LAWRENCE | ) |
| FITZPATRICK, THE FUTURE | ) |
| CLAIMANTS' REPRESENTATIVE, PPG | ) |
| INDUSTRIES, INC. and CORNING | ) |
| INCORPORATED, | ) |
| | ) |
| Respondents. | ) |

US_ACTIVE-104920437.2

| | )
|---|---|
| PITTSBURGH CORNING CORPORATION, | ) |
| OFFICIAL COMMITTEE OF ASBESTOS | ) |
| CREDITORS, FUTURE CLAIMANTS' | ) |
| REPRESENTATIVE, PPG INDUSTRIES, | ) |
| INC and CORNING INCORPORATED, | ) |
| | ) |
| Movants, | ) |
| | ) |
| vs. | ) |
| | ) |
| CENTURY INDEMNITY COMPANY and | ) |
| WESTCHESTER FIRE INSURANCE | ) |
| COMPANY; and PACIFIC EMPLOYER'S | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Respondents. | ) |

| | )
|---|---|
| PITTSBURGH CORNING CORPORATION, | ) |
| OFFICIAL COMMITTEE OF ASBESTOS | ) |
| CREDITORS, FUTURE CLAIMANTS' | ) |
| REPRESENTATIVE, PPG INDUSTRIES, | ) |
| INC and CORNING INCORPORATED, | ) |
| | ) |
| Movants, | ) |
| | ) |
| vs. | ) |
| | ) |
| CENTURY INDEMNITY COMPANY and | ) |
| WESTCHESTER FIRE INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Respondents. | ) |

## ORDER OF COURT

The following Motions and Supplements to Motions have been identified as being unresolved on the Docket in this case. Said Motions and Supplements thereto are hereby dismissed as moot. Such dismissal shall be without prejudice:

- Docket No. 5230 – *Joint Motion for Reconsideration filed by Objecting Insurers Certain Cancer Claimants and the Official Committee of Trade Creditors;*

- Docket No. 5232 – *Motion of PPG Industries, Inc to Alter or Amend Order Denying Confirmation of the Second Amended Plan of Reorganization of Pittsburgh Corning Corporation and for Additional Findings of Fact;*

- Docket No. 5236 – *Corning's Motion for Reconsideration, to Alter or Amend and for Related Relief;*

- Docket No. 5242 – *Affiliate Insurers' Motion for Reconsideration or to Alter or Amend Order Denying Plan Confirmation;*

- Docket No. 5243 – *Lumbermens Mutual Casualty Company's Motion for Reconsideration of the Order Denying Motion In Limine (No. Two);*

- Docket No. 5269 – *Joinder of Employers Mutual Casualty to Creditor's Joint Motion to Reconsider;*

- Docket No. 5270 – *Supplemental Motion of Mt. McKinley Insurance Company and Everest Reinsurance Company to Reconsider, to Alter and/or to Amend and for Related Relief;*

- Docket No. 5271 – *Amended and Restated Motion of PPG Industries, Inc to Alter or Amend Order Denying Confirmation of the Second Amended Plan of Reorganization of Pittsburgh Corning Corporation and for Additional Findings of Fact;*

- Docket No. 5272 – *Supplement to Plan Proponents' Motion for Reconsideration;*

- Docket No. 5273 – *Supplemental Brief of Lumbermens Mutual Casualty Company and the ACE USA Insurers in Support of Their Motion to Reconsider This Court's Memorandum Opinion (as Amended) and Order Denying Plan Confirmation, and in Support of Lumbermens' Separate Motion to Reconsider This Court's Order Denying Lumbermens Mutual Casualty Company's Motion In Limine (No. Two);*

- Docket No. 5274 – *Supplement to Joint Motion for Reconsideration;*

- Docket No. 5277 – *Supplement to Corning Incorporated's Motion for Reconsideration, to Alter or Amend and for Related Relief;*

- Docket No. 5278 – *Supplement to Motion of the Certain Pittsburgh Corning Cancer Claimants' for Reconsideration;*

- Docket No. 7050 – *Motion of Certain Underwriters at Lloyd's, London and Certain London Market Companies For An Order Determining Effect of Plan on Non-Settling Insurers;*

- Docket No. 7513 – *Plan Proponents' and Plan Supporters' Joint Motion in Limine to Strike the Report and Preclude the Testimony of Bernd G. Heinze, Esq.;*

- Docket No. 7515 – *Motion in Limine of Plan Proponents and Plan Supporters to Strike the Report and Preclude the Testimony of James B. Shein;*

- Docket No. 7521 – *Plan Proponents' and Plan Supporters' Joint Motion in Limine to Strike the Report and Preclude the Testimony of Professor George L. Priest;*

- Docket No. 7523 – *Plan Proponents' and Plan Supporters' Joint Motion in Limine to Strike Report and Preclude the Testimony of Gustavo E. Bamberger;*

- Docket No. 7525 – *Ex Parte Joint Motion for an Order Authorizing Plan Proponents and Plan Supporters to File Under Seal Portions of the Joint Motion in Limine to Strike the Report and Preclude the Testimony of Gustavo E. Bamberger.*

Dated: Dated: 12/2/2010 13:04:18

Judith K. Fitzgerald
United States Bankruptcy Judge

cjs

Debtor's Counsel shall immediately serve this Order on the movants/respondents to these pleadings, the Official Service List and parties requesting notice pursuant to Bankruptcy Rule 2002 and file a certificate of service of same with the Bankruptcy Court within 10 days.