IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | § | IN PROCEEDINGS FOR A REORGANIZATION UNDER CHAPTER 11 |
| PITTSBURGH CORNING CORPORATION | § § § § | |
| | § § § | JOINTLY ADMINISTERED UNDER CASE NO. 00-22876 (JKF) |
| DEBTOR. | § § | RELATES TO DOC. NO. 3530 |

## VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Chris Portner, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with Reaud, Morgan & Quinn ("RMQ") with offices at 801 Laurel, Beaumont, Texas 77701.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in compliance with the Order of this Court dated October 22, 2004 (the "Rule 2019 Order"). Exhibits have not been served with this statement, or scanned and filed electronically, but have been filed on compact disk and may be released to any party who obtains leave of this Court pursuant to the Rule 2019 Order.

3. Exhibit A hereto consists of an Excel Spreadsheet containing a list of all Asbestos Creditors represented by RMQ with Claims against the Debtor(s). For each Asbestos Creditor, the information required by the Rule 2019 Order is supplied.

4. A blank but unredacted exemplar of RMQ's standard form of agreement or instrument authorizing representation of creditors is attached hereto as Exhibit B. If more than one such standard form of agreement or instrument is used by RMQ one exemplar of each such agreement or instrument is included in Exhibit B, and labeled B-1, B-2, etc. For each Asbestos

Creditor represented by RMQ and listed on Exhibit A, the form of instrument executed by that client is indicated on Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 16, 2011.

Respectfully submitted,

REAUD, MORGAN & QUINN, L.L.P.
P.O. Box 26005
801 Laurel Street
Beaumont, Texas 77720-6005
(409) 838-1000
(409) 833-8236 (FAX)

By: _____
John Werner
Texas Bar No. 00789720

Attorneys for Plaintiff

| | |
|---|---|
| State of Texas | § |
| | § |
| County of Jefferson | § |

On this the 16th day of June, 2011, before me, the undersigned officer, personally appeared John Werner, known to me to be the person whose name is subscribed to the within instrument and acknowledge that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

(SEAL)

[Seal: Connie L Eldred, Notary Public, State of Texas, My Commission Expires: August 31, 2013]

_Connie L. Eldred_
Notary Public

Connie L. Eldred
Notary's name printed
Commission expires: _____