# Notice Recipients

District/Off: 0315–2                 User: csus                         Date Created: 5/24/2013
Case: 00–22876–JKF                   Form ID: pdf900                    Total: 1

**Recipients of Notice of Electronic Filing:**
aty          David Ziegler       dziegler@reedsmith.com

TOTAL: 1